Case 4:20-cr-06029-SAB    ECF No. 17    filed 10/21/20    PageID.23    Page 1 of 1

FILED IN THE
US DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: MARILOU MARTINEZ                           CASE NO. 4:20-CR-6029-SAB-7

TOTAL # OF COUNTS: 2        2 ____ FELONY  ____ MISDEMEANOR  ____ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison | CAG: up to 5 years<br>Fine: up to $250,000<br>SR: up to 3 years<br>Special Assessment: $100 |
| 2 | 18 U.S.C. § 1791(a)(1), (b)(1), (b)(2), (b)(3), (b)(4), (c) | Attempt to Provide Prohibited Objects to an Inmate of a Prison | CAG: up to 20 years;<br>Fine: up to $250,000<br>SR: up to 3 years;<br>Special Assessment: $100<br>Penalties consecutive to any other drug sentence |

Page 1 of