PROB 12C
(6/16)

Report Date: February 13, 2024

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 14, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Marilou Martinez | Case Number: 0980 4:20CR06029-SAB-7 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮  Othello, Washington 99344 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: April 14, 2022 | |
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 |
| Original Sentence: | Prison - 3 days  TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: April 14, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: April 13, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/30/2024.

On April 20, 2022, supervised release conditions were reviewed and signed by Ms. Martinez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Martinez is alleged to have violated her conditions of supervised release by consuming a controlled substance, amphetamine/methamphetamine, on or before January 31, 2024. |
| | On October 19, 2023, Ms. Martinez was placed on the random drug testing program at Merit Resource Services (Merit). The offender was instructed to call Merit's colorline system and when her assigned color was called, she was to report and submit to a urinalysis (UA). |
| | On January 30, 2024, Merit reported to the U.S. Probation Office that Ms. Martinez failed to report and provide a UA on January 29, 2024. |

Prob12C
**Re: Martinez, Marilou**
**February 13, 2024**
**Page 2**

On January 31, 2024, during a telephonic conversation, this officer instructed Ms. Martinez to report to Merit on this same date and submit a UA. On this same date, the offender reported to Merit and submitted a UA, which returned presumptive positive for amphetamine/methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. On February 8, 2024, Alere reported Ms. Martinez' UA to be confirmed positive for amphetamine/methamphetamine.

5     **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Martinez is alleged to have violated her conditions of supervised release by consuming a controlled substance, amphetamine/methamphetamine, on or before February 12, 2024.

On February 12, 2024, this officer instructed Ms. Martinez to report to the Richland probation office on this same date and submit to UA. On this same date, the offender reported to the probation office as instructed and submitted a presumptive positive UA for amphetamine/methamphetamine. Ms. Martinez signed a drug use admission/denial form denying her use of the controlled substance since October of 2023. The sample was sent to Alere for confirmation. As of the writing of this report, results have not been received.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Araceli Mendoza

February 13, 2024

Araceli Mendoza
U.S. Probation Officer

Prob12C
Re: Martinez, Marilou
February 13, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/14/2024

Date